No. 79–1241. ASHLAND OIL, INC. v. PHILLIPS PETROLEUM CO. ET AL.; and

No. 79–1250. PHILLIPS PETROLEUM CO. v. ASHLAND OIL, INC., ET AL. C. A. 10th Cir. Certiorari denied. Reported below: 607 F. 2d 335.

No. 79–1244. FALKOWSKI v. PERRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1251. HARRIS, KERR, FORSTER & Co. v. SPECTRUM FINANCIAL COS. ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–1282. PATRICK PETROLEUM CORPORATION OF MICHIGAN ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1296. COMO-FALCON COMMUNITY COALITION, INC. v. UNITED STATES DEPARTMENT OF LABOR ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–1297. VICTORSON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–1304. CITY OF NEW YORK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–1305. LUTHERAN MUTUAL LIFE INSURANCE CO. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–1310. LARSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–1311. CHUTE, ADMINISTRATOR, ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.